UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATA JABER,

                Petitioner,

v.

UNITED STATES OF AMERICA,

                Respondent.

No. 24-cv-1250 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Petitioner Ata Jaber has filed a petition for a writ of coram nobis that seeks to vacate his sentence. *See* Dkt. 3. The Government is directed to respond on or before March 26, 2024.

SO ORDERED.

Dated:    February 27, 2024
             New York, New York

                                                          _____
                                                            Ronnie Abrams
                                                            United States District Judge